United States District Court
Southern District of Texas

**ENTERED**

December 08, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN AKARD JR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:16-CV-3092 |
| VS. | § | |
| | § | |
| JASON LANE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The United States Bankruptcy Court has recommended the withdrawal of the reference in this adversary proceeding in order to provide Defendants with a jury trial.

As recommended, the Court will conduct any necessary jury trial and declines to withdraw the reference until all pretrial matters are concluded and the adversary proceeding is ready for trial. Accordingly, it is hereby ORDERED that the reference to the Bankruptcy Court remains in effect for all pretrial proceedings and until the adversary proceeding is ready for trial. It is further ORDERED that this civil case is stayed and administratively closed until the reference is withdrawn.

It is so ORDERED.

DEC 0 8 2016
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge

1 / 1